UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ANTHONY L. ROBINSON,                :

                                                  09 Civ. 8727 (WHP)

              Plaintiff pro se,        :

                                                  ORDER

    -against-                              :

HARVARD PROTECTION SERVICES,        :

              Defendant.               :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the docket sheet, it appears that Plaintiff has not yet served his Complaint on the Defendant. Accordingly, the conference scheduled for March 12, 2010, at 12:30 p.m. is adjourned and Plaintiff is directed to serve the Defendant by April, 12 2010.

        This Court reminds Plaintiff that Rule 4(m) of the Federal Rules of Civil Procedure provides in part:

> If service of the summons and complaint is not made upon
> a defendant within 120 days after the filing of the
> complaint, the court, upon motion or on its own initiative
> after notice to the plaintiff, shall dismiss the action without
> prejudice as to that defendant or direct that service be
> effected within a specified time; provided that if the
> plaintiff shows good cause for the failure, the court shall
> extend the time for service for an appropriate period.

If the Plaintiff does not file proof of service with the Clerk by April 12, 2010, this Court will dismiss this action unless Plaintiff can demonstrate good cause for his failure to effect service.

Further, the Pro Se Office is a valuable resource in assisting litigants, such as Plaintiff, who proceed in federal court without the assistance of counsel. The Pro Se Office may be reached at:

>Pro Se Clerk's Office
>Southern District of New York
>500 Pearl Street
>New York, NY 10007
>(212) 805-0175

Dated: March 9, 2010
      New York, New York

                    SO ORDERED:

                    WILLIAM H. PAULEY III
                    U.S.D.J.

*Copy mailed to:*

Anthony L. Robinson
2080 First Avenue
#2610
New York, NY
Plaintiff pro se